## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: American Civil Liberties Union, et al. v. James R. Clapper, et al.                Docket No.: 14-42

Lead Counsel of Record (name/firm) or Pro se Party (name): Jameel Jaffer/American Civil Liberties Union Foundation

Appearance for (party/designation): American Civil Liberties Union, American Civil Liberties Union Foundation, New York Civil Liberties Union, New York Civil Liberties Union Foundation

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ✓ ) Correct
(   ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ✓ ) Correct
(   ) Incorrect. The following parties do not wish to participate in this appeal:
      Parties: _____
(   ) Incorrect. Please change the following parties' designations:
      Party                              Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
( ✓ ) Correct
(   ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

### RELATED CASES

( ✓ ) This case has not been before this Court previously.
(   ) This case has been before this Court previously. The short title, docket number, and citation are: _____

(   ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ( ✓ ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 26, 2010 _____ OR that (   ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Jameel Jaffer
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
(   ) I am a pro se litigant who is not an attorney.
(   ) I am an incarcerated pro se litigant.