# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: ACLU v. Clapper et al.   Docket No.: 14-42

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David S. Jones

Firm: U.S. Attorney's Office, S.D.N.Y.

Address: 86 Chambers Street, Third Floor, New York, NY 10007

Telephone: 212-637-2739    Fax: 212-637-2730

E-mail: david.jones6@usdoj.gov

Appearance for: Defendants-Appellees Clapper et al.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance / U.S. Attorney's Office, S.D.N.Y. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 16, 2010    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David S. Jones

Type or Print Name: David S. Jones