## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: American Civil Liberties Union v. Clapper     Docket No.: 14-42

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Christopher Dunn

Firm: New York Civil Liberties Union Foundation

Address: 125 Broad Street, 19th Floor

Telephone: (212) 607-3300, ext. 326     Fax: (212) 607-3329

E-mail: cdunn@nyclu.org

Appearance for: New York Civil Liberties Union (plaintiff/appellant)

(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: Jameel Jaffer, ACLU _____ )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on Oct. 14, 2009 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _Christopher Dunn_ (signature)

Type or Print Name: Christopher Dunn