# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: American Civil Liberties Union, et al. v. Clapper, et al.     Docket No.: 14-42

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Alexander A. Abdo

Firm: American Civil Liberties Union Foundation

Address: 125 Broad Street, 18th Floor; New York, NY 10004

Telephone: (212) 549-2517     Fax: (212) 549-2564

E-mail: aabdo@aclu.org

Appearance for: American Civil Liberties Union, et al. (plaintiffs/appellants)
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Jameel Jaffer/American Civil Liberties Union Foundation)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Alexander A. Abdo

Type or Print Name: Alexander A. Abdo