United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| ROBERT A. KATZMANN | CATHERINE O'HAGAN WOLFE |
|---|---|
| CHIEF JUDGE | CLERK OF COURT |

Date: January 30, 2014  DC Docket #: 13-cv-3994
Docket #: 14-42cv  DC Court: SDNY (NEW YORK CITY)
Short Title: American Civil Liberties Union v. Clapper  DC Judge: Pauley

## NOTICE OF EXPEDITED APPEAL

By notice filed 01/06/2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' briefs are due no later than 03/06/2014, 35 days from the date of this notice. Appellees' briefs are due no later than 04/10/2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8651.