# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** American Civil Liberties Union v. Clapper    **Docket No.:** 14-42-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

- **Name:** Charles S. Sims
- **Firm:** Proskauer Rose LLP
- **Address:** Eleven Times Square, New York NY
- **Telephone:** (212) 969-3950    **Fax:** (212) 969-2900
- **E-mail:** csims@proskauer.com
- **Appearance for:** Senator Ron Wyden, Senator Mark Udall, Senator Martin Heinrich / Amici Curiae
  (party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: American Civil Liberties Union / Plaintiffs-Appellants )
  (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 1/6/14   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Charles S. Sims

**Type or Print Name:** Charles S. Sims