NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: ACLU v. Clapper                                           Docket No.: 14-42

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: John Frazer

Firm: Law Offices of John Frazer

Address: 3925 Chain Bridge Road, Suite 403, Fairfax, VA 22030

Telephone: 703-352-7276                    Fax: 703-359-0938

E-mail: jfrazer@jfrazerlaw.com

Appearance for: National Rifle Association, Inc.
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: American Civil Liberties Union _____ )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 26, 2014                                                                 OR

☐ I applied for admission on _____.

Signature of Counsel: _/s/ John Frazer_____

Type or Print Name: John Frazer