**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: American Civil Liberties Union v. Clapper          Docket No.: 14-42-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Linda Steinman

Firm: Davis Wright Tremaine LLP

Address: 1633 Broadway, 27th Floor, New York, NY 10019

Telephone: 212-489-8230          Fax: 212-489-8340

E-mail: lindasteinman@dwt.com

Appearance for: PEN American Center / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

✔ Amicus (in support of: American Civil Liberties Union / Plaintiffs-Appellants )
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/20/2009          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Linda Steinman

Type or Print Name: Linda Steinman