NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: American Civil Liberties Union v. Clapper        Docket No.: 14-42

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Gary D. Sesser

Firm: Carter Ledyard & Milburn LLP

Address: 2 Wall Street, New York, NY 10005

Telephone: 212 238 8820        Fax: 212 732 3232

E-mail: sesser@clm.com

Appearance for: Association of the Bar of the City of New York
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Appellant - American Civil Liberties Union)
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 19, 2009        OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Gary Sesser

Type or Print Name: Gary Sesser