# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand and fourteen.

Before:       Raymond J. Lohier, Jr.,
                   *Circuit Judge*.

_____

American Civil Liberties Union, *et al.*,
    Plaintiffs-Appellants,

                                **ORDER**

   v.                               Docket No. 14-42

James R. Clapper, in his official capacity as Director
of National Intelligence, *et al.*,
    Defendants-Appellees.

_____

Laura K. Donohue and Erwin Chemerinsky move to be admitted *pro hac vice* for the purpose of filing an amicus curiae brief in support of Appellants.

IT IS HEREBY ORDERED that the motions are GRANTED. Donohue and Chemerinsky are directed to register as Filing Users under Local Rule 25.1 to file documents electronically in this case within three days of the date of this order.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

