UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and fifteen.

Before:     Robert D. Sack,
               Gerard E. Lynch,
                   *Circuit Judges*,
               Vernon S. Broderick,
                   *District Judge.**

_____

American Civil Liberties Union,
American Civil Liberties Union Foundation,
New York Civil Liberties Union,
New York Civil Liberties Union Foundation,

       *Plaintiffs - Appellants*,

v.

James R. Clapper, in his official capacity as
Director of National Intelligence, Michael S. Rogers,
in his official capacity as Director of the National Security Agency
and Chief of the Central Security Service, Ashton B. Carter,
in his official capacity as Secretary of Defense,
Loretta E. Lynch, in her official capacity as
Attorney General of the United States, and
James B. Comey, in his official capacity as
Director of the Federal Bureau of Investigation,

       *Defendants - Appellees*.

**JUDGMENT**
Docket No. 14-42

_____

The appeal in the above captioned case from a decision of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court dismissing the complaint is VACATED and the case is REMANDED for further proceedings in accordance with the opinion of this court.

                                            For The Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court



_____

* The Honorable Vernon S. Broderick, of the United States District Court for the Southern District of New York, sitting by designation.