# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand and fifteen.

Before:   Gerard E. Lynch,
             *Circuit Judge.*

_____

American Civil Liberties Union, *et al.*,

Plaintiffs-Appellants,

v.

James R. Clapper, *et al.*,

Defendants-Appellees.

_____

**ORDER**
Docket No. 14-42

   The Government moves for an extension until July 27, 2015 to file its supplemental brief pursuant to the Court's June 9, 2015 order, to coincide with the Government's July 27, 2015 deadline to respond to the Appellants' motion for a preliminary injunction.

   IT IS HEREBY ORDERED that the motion for an extension until July 27, 2015 is GRANTED.

                                             For the Court:

                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court