# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **ACLU v. Clapper**     Docket No.: **14-42**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Henry C. Whitaker

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave. NW Room 7256

Telephone: 202-514-3180     Fax: 202-514-8151

E-mail: henry.whitaker@usdoj.gov

Appearance for: all defendants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance, U.S. Attorney's Office, SDNY )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Henry C. Whitaker

Type or Print Name: Henry C. Whitaker