# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand and fifteen,

| | |
|---|---|
| American Civil Liberties Union, American Civil Liberties Union Foundation, New York Civil Liberties Union, New York Civil Liberties Union Foundation, | **ORDER**<br>Docket No. 14-42 |
| Plaintiffs - Appellants, | |
| v. | |
| James R. Clapper, in his official capacity as Director of National Intelligence, Michael S. Rogers, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service, Ashton B. Carter, in his official capacity as Secretary of Defense, Loretta E. Lynch, in her official capacity as Attorney General of the United States, and James B. Comey, in his official capacity as Director of the Federal Bureau of Investigation, | |
| Defendants - Appellees. | |

IT IS HEREBY ORDERED that the motion by Movant John Stritzinger, for leave of Court to file amicus curiae brief is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

