**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and fifteen.

Before:     Robert D. Sack,
            Gerard E. Lynch,
                *Circuit Judge*s,
            Vernon S. Broderick,
                *District Judge.**

_____

American Civil Liberties Union,
American Civil Liberties Union Foundation,
New York Civil Liberties Union,
New York Civil Liberties Union Foundation,

  *Plaintiffs - Appellants*,

v.

James R. Clapper, in his official capacity as
Director of National Intelligence, Michael S. Rogers,
in his official capacity as Director of the National Security Agency
and Chief of the Central Security Service, Ashton B. Carter,
in his official capacity as Secretary of Defense,
Loretta E. Lynch, in her official capacity as
Attorney General of the United States, and
James B. Comey, in his official capacity as
Director of the Federal Bureau of Investigation,

  *Defendants - Appellees*.

_____

**JUDGMENT**
Docket No. 14-42

The appeal in the above captioned case from a decision of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court dismissing the complaint is VACATED and the case is REMANDED for further proceedings in accordance with the opinion of this court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____

* The Honorable Vernon S. Broderick, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 12/04/2015**